No. 500. FERDON ET AL. *v.* DEMICH, INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of *Perez v. Ledesma, ante,* p. 82. MR. JUSTICE DOUGLAS is of the opinion that the judgment should be affirmed.

No. ——. GREGORY ET AL. *v.* TARR, NATIONAL DIRECTOR OF SELECTIVE SERVICE SYSTEM, ET AL. C. A. 6th Cir. Application for recall of mandate and stay of mandate of United States Court of Appeals for the Sixth Circuit heretofore granted by MR. JUSTICE STEWART pending further order of Court, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would extend stay granted by MR. JUSTICE STEWART.

No. 1028. UNITED STATES *v.* CAMPOS-SERRANO. C. A. 7th Cir. [Certiorari granted, *ante,* p. 936.] Motions of respondent for leave to proceed *in forma pauperis* and for appointment of counsel granted. It is ordered that John J. Cleary, Esquire, of Chicago, Illinois, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case.

No. 1262. WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* BODDIE ET AL. Appeal from C. A. 2d Cir. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 1269. SWANK, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID *v.* RODRIGUEZ ET AL. Appeal from D. C. N. D. Ill. The Solicitor General is invited to file a brief expressing the views of the United States.